STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-1502 consolidated with 10-348


SCOTT ANTHONY PLAISANCE, ET AL.

VERSUS

OUR LADY OF LOURDES REGIONAL
MEDICAL CENTER, INC., ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2009-2570-D
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


MARC T. AMY
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.


**AFFIRMED.**


Patrick M. Wartelle
Leake & Andersson, L.L.P.
Post Office Drawer Z
Lafayette, LA  70502
(337) 233-7430
COUNSEL FOR DEFENDANT/RESPONDENT:
    Our Lady of Lourdes Regional Medical Center, Inc.

Ronald C. Richard
Richard Law Firm, L.L.C.
1322 Ryan Street
Lake Charles,  LA 70601
(337) 494-1900
COUNSEL FOR PLAINTIFFS/APPLICANTS:
    Scott Anthony Plaisance, et al.

AMY, Judge.

For disposition of this consolidated matter, *see Scott Anthony Plaisance, et. al. v. Our Lady of Lourdes Regional Medical Center, et. al.*, 10-348 (La.App. 3 Cir. _/_/__), __ So.3d ___. All costs of these proceedings are assessed to the plaintiffs - relators.

**AFFIRMED.**